## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

URSULA B. KNIGHT,       )
     **Plaintiff,**         )
                    )
**v.**                     )       **CIVIL ACTION NO. 12-00463-KD-C**
                    )
**FOURTEEN D ENTERPRISES, INC.,**  )
     **Defendant.**       )

## JUDGMENT

In accordance with the Order entered contemporaneously herewith granting the Defendant's Motion for Summary Judgment, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Defendant Fourteen D Enterprises, Inc. (identified in the Complaint as "Descher Organization d/b/a McDonald's") and against Plaintiff Ursula B. Knight on all claims and that this action is **DISMISSED with prejudice**.

**DONE** and **ORDERED** this the **3**[rd] day of **February 2014.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**